2 Ill. App.2d 285 (1954)
119 N.E.2d 413
Harold S. Olson and Ethel M. Olson, his Wife, Appellants,
v.
Nils V. Westerberg and Anna Westerberg, his Wife, Appellees.
Gen. No. 46,193.
Illinois Appellate Court.
Opinion filed May 3, 1954.
Rehearing denied May 26, 1954.
Released for publication May 27, 1954.
*286 Vincent D. McConnell, for appellants.
David Jetzinger, for appellees.
(Abstract of Decision.)
Opinion by PRESIDING JUSTICE NIEMEYER.
Reversed and remanded.
Not to be published in full.